UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1685-WYD-CBS

DOUGLAS BRUCE, individually and on behalf of Petitioners' Committee,

  Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, COLORADO, a municipality;
ROBERT C. BALINK, in his official capacity as Clerk and Recorder of El Paso County, Colorado,

  Defendants.

## ORDER OF DISMISSAL

Plaintiff filed a Stipulated Motion to Dismiss on September 14, 2005. After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed. Accordingly, it is

ORDERED that Plaintiff's Stipulated Motion to Dismiss is **GRANTED**, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated: September 15, 2005

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge